**FILED**
January 22, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>LOUIE SALAZAR, )<br>)<br>    Defendant. ) | Case No. 2:10-cr-00299-WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, LOUIE SALAZAR, Case No. 2:10-cr-00299-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00.

   _X_   Co-Signed Unsecured Appearance Bond ($50,000.00)

   _X_   Secured Appearance Bond ($50,000.00)

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) The secured bond paperwork to be filed by 2/2/2015.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  1/22/2015  at 2:55pm.

By _____
Edmund F. Brennan
United States Magistrate Judge