1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,            CASE NO. 2:10-CR-00299-07 WBS

12                   Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL
13         v.                           ACT; [PROPOSED] FINDINGS AND ORDER

14 LOUIE SALAZAR,                       DATE: April 20, 2015
                                        TIME: 9:30 a.m.
15                   Defendant.         COURT: Hon. William B. Shubb

16

17                              **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and

19 defendant, by and through defendant's counsel of record, hereby stipulate as follows:

20      1.   By previous order, this matter was set for status on April 20, 2015.

21      2.   By this stipulation, defendant now moves to continue the status conference

22 until June 8, 2015, and to exclude time between April 20, 2015, and June 8, 2015, under

23 Local Code T4.

24      3.   The parties agree and stipulate, and request that the Court find the

25 following:

26           a)   Counsel for defendant desires additional time to consult with his

27      client, review the current charges, conduct investigation and research related to the

28      charges, review the discovery, discuss potential resolution, and otherwise prepare

STIPULATION REGARDING EXCLUDABLE TIME            1
PERIODS UNDER SPEEDY TRIAL ACT

for trial.

   b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   c) Although the Indictment was filed in 2010, the defendant was not arrested until December 2014.  The defendant is currently out of custody and being supervised by the Pretrial Services Officer.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 20, 2015 to June 8, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  April 16, 2015        BENJAMIN B. WAGNER
                  United States Attorney

                  /s/ JUSTIN L. LEE
                  JUSTIN L. LEE
                  Assistant United States Attorney


Dated:  April 16, 2015        /s/ MICHAEL BIGELOW
                  MICHAEL BIGELOW
                  Counsel for Defendant
                  LOUIE SALAZAR

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: April 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE