BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIE SALAZAR,<br><br>Defendant. | CASE NO. 2:10-CR-00299-07 WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: June 8, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. William B. Shubb |
|---|---|

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 8, 2015.

2. By this stipulation, defendant now moves to continue the status conference until August 17, 2015, and to exclude time between June 8, 2015, and August 17, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires additional time to consult with his client, review the current charges, conduct investigation and research related to the charges, review the discovery, discuss potential resolution, and otherwise prepare

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

for trial.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) Although the Indictment was filed in 2010, the defendant was not arrested until December 2014. The defendant is currently out of custody and being supervised by the Pretrial Services Officer.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 8, 2015 to August 17, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  June 2, 2015                    BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ JUSTIN L. LEE
                                        JUSTIN L. LEE
                                        Assistant United States Attorney


Dated:  June 2, 2015                    /s/ MICHAEL BIGELOW
                                        MICHAEL BIGELOW
                                        Counsel for Defendant
                                        LOUIE SALAZAR

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: June 3, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE