**10-299 MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Louie Salazar

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. Cr.S 10-299-07 WBS |
| ) | |
| Plaintiff ) | AMENDED STIPULATION |
| ) | AND PROPOSED ORDER |
| ) | CONTINUING STATUS |
| v ) | |
| ) | ORDER (~~PROPOSED~~) |
| LUIE SALZAR ) | |
| ) | |
| Defendant ) | |

It is hereby stipulated between the parties that status in this matter, as to this defendant only, be continued to June 6, 2016 at 9:00 AM. The parties are engaged in discussions that may lead to resolution and the government is in the process of providing defendant with additional discovery.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 25, 2016 to June 6, 2016 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B (iv) [Local Code T4] because it results from a continuance granted by the

-1-

Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h).

    4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: April 20, 2016        Respectfully submitted,

/s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant

**IT IS SO STIPULATED**

DATED: April 20, 2016        /s/MICHAEL B. BIGELOW
Michael B. Bigelow
Attorney for Defendant Salazar

DATED: April 20, 2016        /s/JUSTIN LEE
Justine Lee
Assistant United States Attorney

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above matter shall be continued until June 6, 2016, at 9:00 AM, and time excluded for the reasons set forth above.

Dated:  April 25, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE