**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
331 J Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: LawOffice.mbigelow@gmail.com

Attorney for Defendant
Louie Salazar

## IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA          ) | Case No. Cr.S 10-299-07 WBS |
|                                   ) | |
|              Plaintiff            ) | STIPULATION |
|                                   ) | AND PROPOSED ORDER |
|                                   ) | CONTINUING STATUS |
|                   v               ) | |
|                                   ) | ORDER (~~PROPOSED~~) |
| LUIE SALAZAR                      ) | |
|                                   ) | |
|              Defendant            ) | |
| _____ ) | |

    It is hereby stipulated between the parties that status in
this matter, as to this defendant only, be continued to August 8,
2016 at 9:00 AM. The parties are engaged in discussions that may
lead to resolution and the government is in the process of
providing defendant with additional discovery.

    For the purpose of computing time under the Speedy Trial Act,
18 U.S.C. § 3161, et seq., within which trial must commence, the
time period of June 6, 2016 to August 8, 2016 inclusive, is deemed
excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B (iv) [Local
Code T4] because it results from a continuance granted by the

-1-

Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h).

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


        Dated: June 2, 2016          Respectfully submitted,

                                     /s/MICHAEL B. BIGELOW
                                     Michael B. Bigelow
                                     Attorney for Defendant



                        **IT IS SO STIPULATED**


DATED:     June 2, 2016          /s/MICHAEL B. BIGELOW
                                 Michael B. Bigelow
                                 Attorney for Defendant Salazar


DATED:     June 2, 2016          /s/JUSTIN LEE
                                 Justine Lee
                                 Assistant United States Attorney

**ORDER**

**IT IS ORDERED:** that pursuant to stipulation the above matter shall be continued until August 8, 2016, at 9:00, and time excluded for the reasons set forth above.

Dated:   June 2, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE