PHILLIP A. TALBERT
Acting United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LOUIE SALAZAR,

Defendant.

CASE NO. 2:10-CR-00299-07 WBS

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER

DATE: August 8, 2016
TIME: 9:00 a.m.
COURT: Hon. William B. Shubb

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 8, 2016.

2. By this stipulation, defendant now moves to continue the status conference until August 29, 2016 at 9:00 a.m., and to exclude time between August 8, 2016, and August 29, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the charges, review the discovery, discuss potential resolution, and otherwise prepare for trial.

b) Specifically, in December 2015, the defendant requested additional discovery from the United States and the United States produced the requested discovery.

c) In response, on July 27, 2016, the defendant provided mitigating evidence and documentation to the United States. Counsel for the defendant and the United States are currently engaged in discussions regarding potential resolution of this matter. These discussions involve further research and investigation by both the defendant and the United States.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) Although the Indictment was filed in 2010, the defendant was not arrested until December 2014. The defendant is currently out of custody and being supervised by the Pretrial Services Officer.

f) The government does not object to the continuance.

g) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 8, 2016 to August 29, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

///

///

Dated: July 28, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: July 28, 2016

/s/ MICHAEL BIGELOW
MICHAEL BIGELOW
Counsel for Defendant
LOUIE SALAZAR

**[~~PROPOSED~~] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 1, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE